# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 04-02262-FRZ-JJM |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| Juan Alonso Cardenas-Martinez, ) | |
| Defendant(s). ) | |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on U.S. Probation's Petition to Revoke Supervised Release issued on June 19, 2008 [Doc 28].

    On February 21, 2012, Magistrate Judge Jacqueline M. Marshall conducted an Evidentiary Hearing on Petition to Revoke Supervised Release and on March 1, 2012 issued her Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

    The Court, having made an independent review of the record herein, orders as follows:

    IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

/////

1     IT IS FURTHER ORDERED that the Final Disposition Hearing presently set for
2 **April 3, 2012 at 9:10 a.m. is AFFIRMED.**
3     DATED this 26th day of March, 2012.

_____
Frank R. Zapata
Senior United States District Judge